# Exhibit 3-B

# Louis J. Kraus, MD
# Prior Expert Testimony

The following is a list of the matters in which I have testified as an expert in the last four years:

1. *Alan Mandal v. Kathryn Rezek*, Case No. 00 D 1636 (2004, 2005, 2007) (testimony).

2. *Ruth Woods as Special Administrator of the Estate of Cynthia Annette Woods v. Ronald Berry and C&K Trucking, Inc.*, Case No. 03 L 002871 (2006) (deposition).

3. *Jean Lee v. Marcus Eng*, Case No. 02 D5 30579 (2005) (testimony).

4. *Jay Newman v. Robyn Newman*, Case No. 03 D 2185 (2005) (testimony).

5. *Joanie Santini v. Jeff Galowich*, Case No. 03 D 12638 (2005) (testimony).

6. *William Spencer v. Mariann Spencer*, Case No. 01 DV 376 (2004) (testimony).